IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| Ricardo E Webb | ) | 6:10cr296 |
| Antwan Lamar Mack | ) | 7:11cr44 |
| Harry Brandt Williams | ) | 8:11cr45 |
| Alan King Little | ) | 6:11cr169-1 |
| Michael Preston McClain | ) | 7:11cr477 |
| Jeffrey Grant Prysock | ) | 7:11cr171 |
| Sharma Shamil Wakefield | ) | 6:11cr476 |
| Christopher Brian Key | ) | 8:11cr580-1 |
| Jessica Lynn Webb | ) | 8:11cr580-2 |

**NOTICE TO COUNSEL:**

The above defendant(s) entered a plea of guilty before the Honorable Henry M. Herlong, Jr.

Attached please find a Standing Order that Judge Herlong has issued for all his pending criminal cases concerning **deadlines for objections to the presentence report**.

AT THE DIRECTION OF THE COURT
LARRY W. PROPES, CLERK


cc:    U.S. Attorney
       U.S. Probation
       File



FILED

SEP 23 1993

ANN A. BIRCH, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

IN RE CRIMINAL MATTERS      )
   ASSIGNED BEFORE          )    **STANDING ORDER**
   JUDGE HERLONG            )
                                                6:93-MC130-20

In all criminal cases before the undersigned, pursuant to the time guidelines of the rules, all defendants and their attorneys will furnish the probation office a signed, dated statement confirming that there are no objections to the presentence report or that there are unresolved objections.

IT IS SO ORDERED.

Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
September 22, 1993

AO 72A